## Commonwealth *v.* Kizer, Appellant.

Submitted September 11, 1967. *Donald Kizer,* appellant, in propria persona; *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lawrie, Appellant.

Submitted September 13, 1967. *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.